IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

**FILED**

SEP 15 2005

RALPH L. DeLOACH, Clerk
By_____ Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 05-20093-01-JWL-JPO ) |
| **CHRISTOPHER SCOTT WAGNER,** | ) ) |
| Defendant. | ) ) ) |

## INDICTMENT

The Grand Jury charges:

### Background

At all times relevant to this indictment:

1. The United States Department of Labor is a cabinet level department within the executive branch of the federal government responsible for administering and enforcing federal laws for workplace activities.

2. The International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers (Boilermakers) is an international union with its headquarters located at 753 State Avenue, Kansas City, Kansas.

3. Contributing employers submit moneys to the Boilermaker-Blacksmith National Pension Trust, the Boilermakers National Health & Welfare Fund, and the Boilermakers National Annuity Trusts. These Trusts and Funds fall within the definitions of Title I of the Employment Retirement Income Security Act of 1974 as codified at Title 29, United States

Code, Sections 1002(1) and (2). These Trusts and Funds comprise the Boilermakers National Funds (BNF), whose headquarters is located at 754 Minnesota Avenue, Kansas City, Kansas, which is adjacent to the headquarters for the Boilermakers.

4. The Boilermakers National Health & Welfare Fund is a private plan and contract, affecting commerce, under which medical benefits, items, and services are provided to Fund participants, which constitutes a health care benefit program as defined by Title 18, United States Code, Section 24(b).

5. From 1999 through 2001, the BNF Board of Trustees and the Joint Committee on Administration authorized a renovation project at the headquarters building in the amount of approximately $920,000.00. The funds for the renovation project were expended from the Trusts and Funds that comprise the BNF, which totaled approximately $2.2 million.

6. Beginning in May 1992, CHRISTOPHER SCOTT WAGNER began employment with the BNF as Compliance Officer to ensure the BNF plans complied with all applicable federal rules and regulations, which would include those issued by the United States Department of Labor. In 2000, he became Operations Manager for the BNF, which included duties as Compliance Officer and Privacy Officer.

## Count 1

7. On or about March 29, 2005, in the District of Kansas, in a matter within the jurisdiction of the United States Department of Labor, a department of the United States, the defendant,

CHRISTOPHER SCOTT WAGNER,

2

knowingly and willfully made false and fictitious material statements and representations to Special Agent John D. Cress II with United States Department of Labor Office of Inspector General and Investigator Staci J. Gurin with United States Department of Labor Employee Benefits Security Administration during an interview, in that the defendant claimed the following: a) to have minimal involvement with the renovation at the Boilermakers National Fund building, which was limited to walking through the renovation area primarily for personal reasons, when in truth and in fact, the defendant was responsible for requesting pricing information and bids from contractors for the renovation project, giving instructions to contractors for floor layout and design for the renovation work, and maintaining daily interactions and oversight of the contractors and sub-contractors performing the renovation work; b) to have limited involvement in the review and approval of invoices submitted by the contractors performing the renovation, when in truth and in fact, the defendant was responsible to review invoices and ensure the work reflected on the invoices was accurate; and, c) to have limited involvement in the review and approval of purchase orders associated with the renovation, when in truth and in fact, the defendant was responsible for submitting and approving purchase orders during the renovation.

8. This was all in violation of Title 18, United States Code, Section 1001(a)(2).

### Count 2

9. On or about March 29, 2005, in the District of Kansas, the defendant,

CHRISTOPHER SCOTT WAGNER,

willfully prevented, obstructed, misled, delayed, and attempted to prevent, obstruct, mislead, and delay the communication of information and records to a criminal investigator;

that is, not providing a full explanation of his involvement and participation in the renovation at the Boilermakers National Fund building and not turning over memos and documents that he prepared during the course of the renovation process; which information and records related to a violation of a Federal health care offense; that is, theft or embezzlement from the moneys, funds, securities, premiums, credits, property, and assets of a health care benefit program in violation of Title 18, United States Code, Section 669(a).

10. This was all in violation of Title 18, United States Code, Section 1518(a).

A TRUE BILL.

Dated: 9/15/05

FOREMAN

#15643

ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center
301 North Main
Wichita, Kansas 67202
Ks. S. Ct. No. 12430

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

_____
UNITED STATES DISTRICT JUDGE
District of Kansas

Penalties:

    Cts. 1 & 2:    NMT 5 years imprisonment; NMT $250,000.00 fine; NMT 3 years Supervised Release; $100.00 special assessment